UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER H. CROWDER,<br>  Plaintiff, | : | |
| v. | : | CASE NO. 3:17-cv-1135 (VAB) |
| DR. FARINELLA, et al.,<br>  Defendants. | : | |

## RULING ON MOTION TO AMEND COMPLAINT

Christopher H. Crowder moves for leave to file an Amended Complaint. ECF No. 18. As the defendants have not yet responded to the Complaint, ECF No. 1, Mr. Crowder may amend his Complaint once as of right. Therefore, leave is not required, and Mr. Crowder's motion to amend is **GRANTED**. The Clerk is directed to docket the Amended Complaint.

In the Initial Review Order, the Court dismissed Mr. Crowder's claims against defendants Lightner, Moore, and Greene. ECF No. 9 at 10-12. In the Amended Complaint, Mr. Crowder supplements his allegations regarding medical care, withdraws his claim against Ms. Greene, and reasserts his claims against Ms. Lightner and Mr. Moore. Mr. Crowder has not alleged new facts that would alter the analysis in the Initial Review Order. His claims against Ms. Lightner and Mr. Moore therefore remain dismissed for the reasons stated in the Initial Review Order.

**SO ORDERED** at Bridgeport, Connecticut, this 28th day of November 2017.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE